# Exhibit 9

**GARBARINI FITZGERALD P.C.**
250 Park Avenue
7th Floor
New York, New York 10177
Phone: 212.300.5358
Fax: 888.265.7054
www.garbarinilaw.com

October 13, 2019

**SUBJECT TO FRE 408**

VIA EMAIL to customerservice@alphagroup-us.com; brehan.maul@alphagroup-us.com

Alpha Group Co., Ltd.
Alpha Group US, LLC
2100 Grand Ave.
5th Floor
El Segundo, California 90245

    Re:   *Beyond Comics, LLC adv. Alpha Group d/b/a Screeches Wild*

Mr. Maul:

    I represent Beyond Comics, LLC owner of the tradename and action-figure Ravedectyl. In fact, my client's tradename Ravedactyl for use in, inter alia, film, comics books, and action-figures was deemed incontestable on April 10, 2011. The copyright, U.S. Copyright No. VAu 283-757, was registered in 1994.

    In or about 2018, Alpha Group US, LLC d/b/a Alpha Toys d/b/a Screeches Wild released a nearly identical action figure, and video character, under the strikingly similar tradename Revadactyl. This violates my client's exclusive right to copy, create derivatives, publicly display, and distribute under the U.S. Copyright Act, 17 U.S.C. § 106. It also violates my client's rights under the Lanham Act, 15 U.S.C. § 1125 (Section 43). On the latter, it is the same goods, nearly identical marks, similar appearance, similar in sound, similar in meaning, and is obviously likely to cause confusion under Section 43 of the Lanham Act.

    Plaintiff is entitled to all revenue generated, directly and indirectly, by your Revadactyl character, action figure, film use, or any medium which it appears. My client may also elect an award of statutory damages of as much as $150,000, but no lower than $30,000 under Section 504(c)(2) of the Copyright Act.

If Alpha Group is interested in a pre-litigation settlement, contact me before 5:00 pm on October 16, 2019. I can be reached at 212.300.5358 or at rgarbarini@garbarinilaw.com. If not, we will be filing a matter in the Federal Court for Southern District of New York on October 16, 2019 at 5:01 pm.

GARBARINI FITZGERALD P.C.

By: *[signature]*
Richard M. Garbarini